COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| JAMES ELBAOR, M.D., | | No. 08-09-00312-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 327th District Court |
| | § | |
| CHELSEA B. ROGERS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2003-3672) |
| | § | |

## MEMORANDUM  OPINION

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal.  *See* Tex. R. App. P. 42.1(a)(1).  The motion is granted, and this appeal is dismissed.  Costs of appeal are assessed against Appellant.  *See* Tex. R. App. P. 42.1(d).


                                        GUADALUPE RIVERA, Justice

December 8, 2010

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating